**JIA QING WANG, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–1650.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2008.

Decided: Feb. 22, 2008.

Michael Brown, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Barry J. Pettinato, Assistant Director, Carmel A. Morgan, United States Department of Justice, Washington, D.C., for Respondent.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jia Qing Wang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings based upon changed circumstances. We have reviewed the administrative record and the Board's order and conclude the Board did not abuse its discretion. 8 C.F.R. § 1003.2(a) (2007); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992); *Nibagwire v. Gonzales,* 450 F.3d 153, 156 (4th Cir.2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *Wang v. Mukasey,* No. A77–977–545 (B.I.A. June 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*